Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of FLORIDA
Fort Lauderdale Division

FILED BY _____ D.C.
SEP 25 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

OBO A.S — SRINATH SUBRAMANIAN, next best friend/father SRINATH SUBRAMANIAN
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

-v-

Veena Subramanian, M.V. Ramani, Deborah Chames, Melissa Chames, Nancy Hass, Janaki Ramani, Seth Schniederman, Dr Jan Faust, Dr Dawn Pilger Williams, Dr Lindsay Stewart, Dr Plasencia, DR Christine Echiviri, DR Maria Moncayo, Leslie Alphonso, Lakshmi Subramanyam, Judge Steven Feren, Judge Renee Goldenberg, Judge Michael Kaplan, Judge Dale Cohen, Judge Arthur Birken, Judge Steven Langer, Judge Fabienne Fahnestock, Judge Frank Ledee, American Heritage Schools, Jon Doe 1-20, Jane Doe 1-20
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: SRINATH SUBRAMANIAN (obo AS)
Address: 3532 NW 36th Ter
Lauderdale Lakes, FL 33309
City / State / Zip Code
County: Broward
Telephone Number: 954 605 7753
E-Mail Address: srinasub@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Dr. Veena Subramanian, MV Ramani, Janaki Ramani
Job or Title (if known): (ABPN - Neurologist)
Address: 2469 Poinciana Ct
Weston, FL 33327
City / State / Zip Code
County:
Telephone Number: (c) 954 445 8835  (h): 954 424 1673
E-Mail Address (if known): drveaa@gmail.com
☒ Individual capacity  ☒ Official capacity as a doctor mother

Defendant No. 2
Name: Deborah Chames, Melissa Chames, Christina Echiverry
Job or Title (if known): Attorney of Law
Address: Kluger Kaplan + Levine
Miami, FL
City / State / Zip Code
County: ~~Broward~~
Telephone Number: TBD
E-Mail Address (if known): TBD
☒ Individual capacity  ☒ Official capacity as attorney

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: Nancy Hass
Job or Title (if known)
Address

| City | State | Zip Code |

County
Telephone Number
E-Mail Address (if known)

[X] Individual capacity as GAL   [X] Official capacity as attorney Quasi Judicial Role.

Defendant No. 4
Name: Seth Schneiderman
Job or Title (if known)
Address

| City | State | Zip Code |

County
Telephone Number
E-Mail Address (if known)

[X] Individual capacity   [X] Official capacity as attorney Attorney of GAL

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

14th, 1st amendment rights, 241/242 deprivation under color of law, RICO statues — 1962-1968, Obstruction of Justice Due process violations, interference of custody/tinreston, Ferpa, Emtala, Hippa in concealment and withholding of info

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

14th Amendment, 1st Amendment, 241/242 Deprivation and Conspiracy to Deprive plaintiff of paternal relationship via a coordinated associates in Enterprise with Obstruction of Justice mail/wire fraud, honest services fraud, void ab nitio rulings fraud upon court / by court.

III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? They occur here in Broward County FL.

B. What date and approximate time did the events giving rise to your claim(s) occur? They occurred between Q4 2013 → Jan 16 2014 → Today - ongoing.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* My son was deprived of his relationship with his father. He was along with his (AS) sister (now a adult) was deprived of due process via dual tracking of judges in family court where one of them DVCE14002275 was denied after DVCE14000274 was TRO for another. The denial superceded 274 in no restrictions on timesharing with father, but via statutory violations using dual tracking, unassigned judges DV was transfer to family court without timely statutory return hearings and never heard in family case either after UFC transfer to Judge Perron → Goldberg by reassignment - ruled on Dec 22 2014 - 274 was set to expire and 275 was Dismissed. But those due process violations in DV court were known without motion and affidavits and then complete stoppage of supervised timesharing (unnecessary 275) was Denied on outset resulted in actions of associates in Enterprise funded by Veena Subramanian, Deborah Melissa, Christina with Nancy Hass (GAL, with undisclosed conflicts with Deborah) resulting in QUASI JUDICIAL actions of GAL Veena with attorneys violating court order on timesharing intentionally, aided by the unappointed therapists later in dual roles

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff suffered emotional, mental trauma caused by Veena and the associates in Enterprise of RICO aided and abetted by state actors in judge - intentionaly dual tracking causing void ab initio orders. Judge passing orders without assignment in DV docket and then judge recusing after Dec 22 2014 DV orders without any reason in both DV and family case. Judge Birken appears in family case without assignment and new on DV dockets, but Goldberg signed orders after recused in dual tracking until Judge Birken appoints a Senior Judge under him in his division without recusal of himself and both served Lee - saw in signing orders, all this resulted in Larger violations due process in not setting DV for hearing and adopting Veena authored judgment without oral arguments delegating findings, determination to 3rd parties improperly that wasn't corrected after Remand either resulting in complete estrangement of father and my relationship with him in a TPR outside of Chapter 39. Both me and my sister suffer this clinch 1983 violation

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Court must not toss this as family dispute. It is not a domestic relations exception or other exceptions. This is about federal 1983 claims under color of law deprivations wrapped with Obstruction, perjury, Wire/Mail fraud, Honest Services fraud Gournetry Chapter 39 to create a civil death penalty of my relationship with Father, act of 3 way mine - sister and father. These are constitutional violations and court must take Judicial Notice of the Void Ab Initio orders and all the due process and RICO wrapped 1983 violations under color of law and empanel a jury judgment against the perpetrators. This has cause public mistrust in system, judiciary via the systemic fraud of court, this is not a state court appeal to federal court, this is not custody, alimony or jest being brought to you, this is systemic fraud of Court under 1983 and constitutional violations that the court must protect and prevent the systemic fraud to cause such damages to children via due process violations under color of law.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/25/2025

Signature of Plaintiff: *[signature]* (Obo- "AS

Printed Name of Plaintiff: Obo ; SRINATH SUBRAMANIAN

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
          City    State    Zip Code
Telephone Number: _____
E-mail Address: _____